IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:16CR3130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| GALE R. GIBBS, | ) | |
| | ) | |
| Defendant. | ) | |

    Before I sentence the defendant, I require a thorough mental evaluation conducted by the Bureau of Prisons to assess the defendant's present mental state and to address issues pertinent to sentencing. I next briefly explain why that is so.

    The defendant has pled guilty to possession of child pornography. He is 67 years of age. His Guideline custodial range, with a criminal history category of I (that does not count convictions that are too old) is 37 to 46 months in prison with a minimum of 5 years of supervised release and life time maximum period of supervised release.

    The defendant's behavior involving an apparent fetish with small, perhaps childlike, dolls and sticking knives into the dolls is extremely concerning. Indeed, his pretrial release was revoked as a result of lying to pretrial services regarding the origin of the dolls he possessed. He was also found to be in possession of knives in his bedroom.

    In my view, the evaluation cannot and should not be conducted in the local community. There is a compelling reason to believe that expertise regarding the particular behaviors exhibited by the defendant require specialized experience, and knowledge. I am not satisfied that such resources are available in the local community.

    I have conferred by telephone with counsel and the probation officer. The prosecutor urged me to order the evaluation and defense counsel took no position. Under these circumstances, and upon my own motion,

IT IS ORDERED that:

1. Sentencing is continued until further order of this court. The progression order deadlines are suspended as well. My chambers will issue a new sentencing order 10 days after receipt of the evaluation.

2. The United States Bureau of Prisons shall designate a medical center for federal prisoners at which the defendant shall be examined pursuant to this order. Upon such designation, the defendant, who is in custody, shall be transported to the place designated by the Bureau of Prisons by the U.S. Marshal. The defendant shall remain at the medical center until released to the U.S. Marshal for return to Nebraska.

3. Pursuant to 18 U.S.C.§ 3552(b)&(c) and 18 U.S.C. §4244(b), the Bureau of Prisons shall evaluate the defendant and advise me in writing regarding the following matters: (a) the present mental status of the defendant; (b) with particular emphasis on avoidance of recidivism and the protection of the public, recommendations for treatment while the defendant is in prison and also while he is on supervised release; and (c) any other matters that Bureau of Prisons or professional consultants believe are pertinent to the sentencing factors set out in 18 U.S.C. § 3553(a). Unless extended by a subsequent order, the evaluation shall be submitted to the court and counsel within 60 days of the defendant being delivered to the medical center.

4. The defendant's counsel shall promptly provide the probation officer with copies of any evaluations or medical records counsel has in her possession *for which no privilege is claimed*.

5. The probation officer assigned to this case (Roy Avalos) is requested to facilitate the implementation of this order and coordinate this case with the Bureau of Prisons. The probation officer shall provide the

medical center with all materials the officer believes will assist the medical center in conducting the evaluation, including the indictment, the presence report, the pretrial release violation documents and the results of the probation officer's additional investigation into the facts related to the dolls.

6. My chambers shall provide a copy of this memorandum and order to the probation officer and the United States Marshals Service.

7. My chambers will calendar this matter for internal review no later than 90 days from this date.

8. Upon receipt of the written report from the Bureau of Prison, I will give the parties an opportunity to comment upon the evaluation.

July 26, 2017.                    BY THE COURT:

                                  *s/ Richard G. Kopf*
                                  Senior United States District Judge