IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:16CR3130 |
| v. | ) | |
| GALE R. GIBBS, | ) | ORDER |
| Defendant. | ) | |

I have ordered the defendant to receive a mental evaluation (filing no. 44). Accordingly,

IT IS ORDERED that:

(1) The sentencing progression order (filing no. 40) is vacated.

(2) My chambers shall remind me to issue another progression order after the mental evaluation has been received.

DATED this 3rd day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge